UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-29-KCD-NPM

JAHEIM ISAIAH MICHEL

**FINAL ORDER OF FORFEITURE**

The United States moves for a final order of forfeiture for a Glock pistol and assorted ammunition seized from the defendant on or about August 27, 2024, which were subject to a July 24, 2025 preliminary order of forfeiture. 53.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on August 5, 2025 through September 3, 2025. Doc. 54. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**ORDERED** in Fort Myers, Florida, on September 4, 2026

KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE